# FRANK SCHWARTZ, P.A.
**Attorney at Law**
**Alfred I. DuPont Building**
**169 East Flagler Street**
**Suite 1200**
**Miami, Florida 33131**

FRANK SCHWARTZ, ESQ.                                              Tel. (305) 379-5661
frank@fschwartzlaw.net                                            Fax (305) 379-5687

July 11, 2016

**Via ECF**
The Honorable Raymond J. Dearie
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re:*    *U.S. A. v. Miguel Trujillo*
            *Case No. 16-CR-00108-RJD*

Dear Judge Dearie:

    Undersigned counsel respectfully submits this letter request that this Honorable Court permit undersigned counsel to substitute as attorney of record for defendant Miguel Trujillo with regard to the above captioned case. Undersigned Counsel has spoken with Mr. Joseph S. Rosenbaum, who is currently attorney of record for Mr. Trujillo, and he has advised that he has no objection to the substitution of counsel in this matter.

    This case is currently pending sentencing. Undersigned counsel will be ready to proceed with the sentencing if the Court will grant this request for substitution of counsel. Contemporaneous with the filing of this request, a Motion to Admit Counsel Pro Hac Vice has also been filed.

    Thank you for your consideration of this matter.

                                                               Sincerely,

                                                               *Frank Schwartz*
                                                               Frank Schwartz, Esquire
                                                               Fla. Bar # 120205

cc:    AUSA Paul A. Tuchmann